```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DR. WILLODENE ROBINS,
                Plaintiff(s),

    -against-

NYC BOARD OF EDUCATION,
                Defendant(s).
-----------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

07 civ 3599 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Thursday, January 31, 2008 at 4:00pm** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                 Don Fletcher
                                       Courtroom Case Manager

Dated: New York, New York
          January 3, 2008