

United States District Court
Judge John G. Koeltl
United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Fax 212-805-7912



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2008

January 24, 2008

To the honorable Judge Koeltl,

I am requesting an adjournment of my January 31, 2008 pretrial conference because I am seeking counsel. I may be reached at DenaRobins.@aol.com or 917-443-1284.

Foremost, My husband, James Robins passed away Christmas Eve, December 24, 2007.

I am sending a copy of the death certificate

Sincerely,

Dr. Dena Robins aka Dr. Willodene Robins

Cc: Kevin Madden, Esq.
100 Church Street
NY,NY
212-788-8877

ADJOURNED TO THURSDAY, FEBRUARY 28, 2008 AT 4:30PM.
SO ORDERED

Koeltl
S  D  J