

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007



CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**KEVIN A. MADDEN**
*Assistant Corporation Counsel*
Phone: (212) 788-0880
Fax: (212) 788-8877
kmadden@law.nyc.gov

# MEMO ENDORSED

April 21, 2008

**BY FACSIMILE**

Honorable Kevin N. Fox
United States District Court
Southern District of New York
500 Pearl Street, Room 530
New York, New York 10007

> Re:    Robins v. New York City Board of Educ.
>        Docket No. 07 Civ. 3599 (JGK)(KNF)

Dear Judge Fox:

I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant New York City Department of Education ("DOE") in the above-referenced action. Defendant writes to respectfully request that the April 22, 2008 settlement conference be adjourned as I have just learned that I must return for continued jury duty on April 22, 2008 in the Supreme Court of New York, County of New York.[1] This is defendant's first request for an adjournment of the settlement conference, and plaintiff consents to this request.

Pursuant to your Honor's Order, dated March 20, 2008, the reason this adjournment request is not in the form of a joint letter is because plaintiff's counsel's fax is not currently operating and therefore she cannot sign this letter. However, the parties have conferred

*4/21/08*
*Application granted. The settlement conference will be held on May 19, 2008, at*
*10:30 a.m.*
*SO ORDERED:*
*Kevin Nathaniel Fox, U.S.M.J.*

---

[1] This is the first time that I have been required to appear for jury duty in the City of New York, and I was only informed upon my appearance this morning that I would be required to appear for a minimum of two days. In reading the materials provided to me, there was no information about the length of my service. I had believed incorrectly that if not selected as a juror, I would be excused after today's appearance and therefore would be able to appear tomorrow as scheduled for the settlement conference.

and can suggest May 15 and 16, 2008 as alternate dates for the settlement conference.[2]  I apologize for seeking this adjournment at this late date and for any inconvenience that this has caused the Court.

Thank you for your consideration in this matter.

Respectfully submitted,

Kevin A. Madden (KM 4999)
Assistant Corporation Counsel

cc:     Sharon Lee Sang, Esq. (by regular mail)

---

[2] As plaintiff's counsel's fax is inoperable and as counsel's address is a P.O. Box which does not accept overnight deliveries, a copy of this letter is being sent by regular mail.

- 2 -