UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILODENE ROBINS,

                Plaintiff(s),

    -against-

NEW YORK CITY BOARD OF EDUCATION,
                Defendant(s).
-----------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

07 civ 3599 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Wednesday, September 10, 2008** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

*Don Fletcher*
Courtroom Case Manager

Dated: New York, New York
       August 15, 2008

Copies mailed to all parties

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/2008