UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILLODENE ROBINS,

                Plaintiff,

    - against -

NEW YORK CITY BOARD OF EDUCATION,

                Defendant.

---

07 Civ. 3599 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court has received the attached letter from the plaintiff.

    The Conference is adjourned to **September 18, 2008** at 4:30 p.m.

    The plaintiff advises that she is seeking a new attorney. However, the plaintiff's counsel remains the counsel of record until there is a substitution of counsel or the plaintiff appears pro se. Counsel is not excused from the case until relieved by the Court.

SO ORDERED.

Dated:   New York, New York
          August 27, 2008

                                      John G. Koeltl
                                      United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/2008

1

Honorable Judge John Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312
Fax 212-805-7912

August 19, 2008

To the Honorable Judge Koeltl,

    This is to request adjournment of the pretrial hearing scheduled for September 10, 2008. I am currently seeking counsel due to the fact that my former attorney, Sharon Lee Sang is experiencing health issues. I am going back to pro se until I find a new attorney.

Sincerely,

Dr. Willodene Robins

Cc: Kevin Madden, Esq.
100 Church Street
NY, NY
212-788-8877